

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00625-CV

Manuel **GONZALES**,
Appellant

v.

**THE ANNEX APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV06540
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE RODRIGUEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order). It is ORDERED that no costs are assessed against appellant because he is entitled to proceed without costs. TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED December 18, 2024.

_____
Liza A. Rodriguez, Justice